1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>AUBREANNA SYMONE WARREN-PATTERSON,<br><br>                     Defendant. | Case No. 21-cr-02897-BAS-1<br><br>**ORDER DENYING MOTION TO MODIFY SENTENCE (ECF No. 72)** |

18      The U.S. Sentencing Commission adopted amendments to the United States

19  Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became

20  effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88

21  Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821.  Under Part B, these retroactive

22  amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1.

23  This adjustment provides for a two-point decrease in the offense level for defendants who

24  "did not receive any criminal history points" when calculating the defendant's criminal

25  history.  *Id.* § 4C1.1(a)(1)–(10).

26      Based on this guideline amendment, Defendant Aubreanna Symone Warren-

27  Patterson has now filed a Motion to Modify her sentence.  (ECF No. 72.)  The Court

28  referred the case to Federal Defenders for evaluation.  (ECF No. 73.)  Federal Defenders

1  filed a status report concluding the Court "can decide the Motion on the existing record

2  without the assistance of counsel."  (ECF No. 75.)

3       At the time the Court sentenced Defendant, in anticipation that the guidelines would

4  be amended, the Court departed downward two points to give Defendant the benefit of the

5  upcoming sentencing guideline amendment for zero-point offenders.  Because the Court

6  already gave Defendant the benefit of this guideline amendment, the Motion to Modify

7  Sentence (ECF No. 72) is **DENIED**.

8       **IT IS SO ORDERED.**

9

10  **DATED: March 22, 2024**

11  Hon. Cynthia Bashant
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

21cr2897